**930**

Henry George THOMAS, alias
H. T. Holland,

v.

UNITED STATES FEDERAL PAROLE
BOARD and C. H. Looney, Warden,
United States Penitentiary, Leavenworth, Kansas.

No. 5840.

United States Court of Appeals
Tenth Circuit.

May 14, 1958.

No appearance for appellant.

William C. Farmer, U. S. Atty., and
E. Edward Johnson, Asst. U. S. Atty.,
Topeka, Kan., for appellee.

Before BRATTON, Chief Judge, and
PHILLIPS and BREITENSTEIN, Circuit Judges.

PER CURIAM. Appeal dismissed on
motion of appellant.

Michael LAZAROV, Appellant,

v.

Raymond J. BUCHKOE, Warden,
Appellee.

No. 13410.

United States Court of Appeals
Sixth Circuit.

June 2, 1958.

Appellant not represented by counsel.

Thomas Kavanagh, Atty. Gen. of
Mich., Samuel J. Torina, Solicitor Gen.,
Lansing, Mich., for appellee.

Before MARTIN, McALLISTER and
MILLER, Circuit Judges.

PER CURIAM.

This appeal from an order denying a
writ of habeas corpus was duly heard
upon the brief and supplemental brief of
the appellant and upon the brief and oral
argument of the Solicitor General of
Michigan.

And it appearing, for the reasons stated in the oral opinion of United States
District Judge Kent and upon the authority of In re Callaham, 348 Mich. 77,
81 N.W.2d 669 (wherein the opinion was
written by Chief Justice Dethmers), that
the order of the district court in this case
should be affirmed;

It is so ordered.

Floyd FARMER, etc., et al., Petitioners,

v.

Honorable William E. MILLER, Judge,
United States District Court for the
Middle District of Tennessee, Respondent.

No. 13601.

United States Court of Appeals
Sixth Circuit.

June 16, 1958.

Fyke Farmer, Nashville, Tenn., for
petitioners.

No appearance for respondent.

Before SIMONS, Chief Judge, and
MARTIN and MILLER, Circuit Judges.

PER CURIAM. The petition for writ
of mandamus in this cause, together with
supporting documents and brief, has been
carefully considered; and, being found
without merit, is denied.